UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MICHELLE DANIS,

        Plaintiff,

        v.

FERRIS STREET PROPERTIES, LLC d/b/a
32 UNION APARTMENTS,
32 UNION, LLC,
32 UNION TWG, LLC,
TWG DEVELOPMENT LLC,
TWG MANAGEMENT NC, LLC,
TWG MANAGEMENT, INC.,
TWG MANAGEMENT, LLC,
BROOKSIDE PROPERTIES, INC.,
JOSLYN O'CONNOR,
JEANNIE MASON, and
HANNAH ODEN,

        Defendants.

CAUSE NO. 1:22-cv-642

## PETITION FOR REMOVAL OF ACTION

COMES NOW Defendant, Joslyn O'Connor, by counsel, and for her Petition for Removal of Action, states as follows:

1.    On December 28, 2021, Plaintiff filed her Complaint against Defendants in the Hamilton Superior Court, Civil Division 3, of Indiana under Cause Number 29D03-2112-CT-9367.

2.    In her Complaint, Plaintiff alleges that while she was a tenant at an apartment complex in Noblesville, Indiana her landlord and their managers (who are named as defendants) violated several federal statutes including the Fair Housing Act (42 U.S.C. § 3604(f)(1), 42 U.S.C. § 3617), the American with Disabilities Act (42 U.S.C. 12101 *et. seq.*), and the Rehabilitation Act of 1973 (29 U.S.C. 701, *et. seq.*). The Complaint also includes several state law claims.

3.      Defendant contends that this cause presents federal questions under 28 U.S.C. § 1331 and is removable under 28 U.S.C. §1441.

4.      No impediments to removal removable under 28 U.S.C. § 1445 are present in this action.

5.      Defendant Josyln O'Connor was served with Plaintiffs' Complaint by certified mail on March 18, 2020.

6.      Defendant O'Connor has consulted with all of the other named defendants' counsel of record, and they consent to removal of this action to federal court.

7.      This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

8.      Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as "Exhibit A".

9.      Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Hamilton Superior Court, Civil Division 3 that this Petition of Removal is being filed in this Court.

**WHEREFORE**, Defendant Joslyn O'Connor, prays that the entire state court action pending in the Hamilton Superior Court, Civil Division 3, under Cause Number 29D03-2112-CT-9367, be removed to this Court for all further proceedings.

Dated:  March 31, 2022.

Respectfully submitted,

KOPKA PINKUS DOLIN PC


By: _/s/ James H. Milstone_____
      James H. Milstone, Atty. No. 10460-02
      Attorney for Defendant Joslyn O'Connor

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record.

| | |
|---|---|
| Katherine A. Piscione | Janelle P. Kilies |
| Benjamin A. Spandau | Anthony Simonton, Jr. |
| Waldron Tate Bowen Funk Spandau LLC | Lewis Wagner LLP |
| 156 E. Market St., 5th Floor | 1411 Roosevelt Ave., Suite 102 |
| Indianapolis, IN  46204 | Indianapolis, IN 46201 |
| | |
| Lori A, Coates | Jennifer J. McCoy |
| Duffin, Hash & Coates, LLP | The Law Office of Jennifer McCoy |
| 4640 W. 71st Street | 707 Main St., #126 |
| Indianapolis, IN  46268 | Nashville, TN 37206 |


     _/s/ James H. Milstone_____


KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
jhmilstone@kopkalaw.com