UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE DANIS,<br><br>    Plaintiff,<br><br>    v.<br><br>FERRIS STREET PROPERTIES, LLC d/b/a<br>32 UNION APARTMENTS,<br>32 UNION, LLC,<br>32 UNION TWG, LLC,<br>TWG DEVELOPMENT LLC,<br>TWG MANAGEMENT NC, LLC,<br>TWG MANAGEMENT, INC.,<br>TWG MANAGEMENT, LLC,<br>BROOKSIDE PROPERTIES, INC.,<br>JOSLYN O'CONNOR,<br>JEANNIE MASON, and<br>HANNAH ODEN,<br><br>    Defendants. | CAUSE NO. 1:22-cv-642-TWP-MJD |

## ORDER OF DISMISSAL

The parties, Plaintiff Michelle Danis and Defendants Ferris Street Properties, LLC, Brookside Properties, Inc., Joslyn O'Connor, Jeannie Mason, and Hannah Oden, by counsel, having filed their Stipulation for Dismissal with prejudice of the above-captioned cause, and the Court being fully advised, determines that this cause should be and hereby is ordered dismissed with prejudice. Costs paid.

**SO ORDERED**

Date: 2/6/2023

                                                    Hon. Tanya Walton Pratt, Chief Judge
                                                    United States District Court
                                                    Southern District of Indiana

Distribution to all counsel of record
Via the Court's e-filing service